IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WALTER SKINNER,**                                                                 **PLAINTIFF**

**V.**                        **NO. 4:05CV24-GHD-EMB**

**SYLVIA ROACH, JODY BRADLEY,**
**SAMANTHA PRITCHETT,**                                        **DEFENDANTS**

**FINAL JUDGMENT AS TO CERTAIN DEFENDANTS**

On consideration of the file and records in this action, a hearing having been conducted by the magistrate judge pursuant to 28 U.S.C. §636(b)(l)(B), Local Rule 72.D and *Spears v. McCotter*, 766 F.2d 179 (5th Cir. l985), the Court finds that the Report and Recommendation of the United States Magistrate Judge dated April 15, 2005, was on that date duly served by regular mail upon the *pro se* plaintiff; that more than ten days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

    **ORDERED:**

    1. That the Report and Recommendation of the United States Magistrate Judge dated April 15, 2005, is hereby approved and adopted as the opinion of the Court.

    2. That plaintiff's claims against Jody Bradley and Samantha Pritchett are hereby dismissed with prejudice for failure to state a claim.

    3. That this case is referred to the magistrate judge for further proceedings not inconsistent with the Court's Opinion.

    **THIS**, the 6th day of May, 2005.

                                                        **/s/ Glen H. Davidson**
                                                               **CHIEF JUDGE**